UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIELLE HARRIS,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>THE BUREAUS, INC.,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:20-CV-297-MHC-LTW |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having said granted motion, it is

**Ordered and Adjudged** that the plaintiff takes nothing; that the defendant recovers its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 15th day of January, 2021.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By: s/Jill Ayers
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 15, 2021
James N. Hatten
Clerk of Court

By:　s/Jill Ayers
　　　Deputy Clerk