## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DANIELLE HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 1:20-cv-00297-MHC |
| | ) | |
| THE BUREAUS, Inc. a foreign | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JONATHAN K. AUST

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following statements are true and correct to the best of my personal knowledge:

1.

I, Jonathan K. Aust, am a resident of the State of Georgia and am over 18 years of age, and I am competent to testify to the statements set forth in this Affidavit.  This Affidavit is based upon my own personal knowledge and if called upon to testify, the content of this Affidavit would be my testimony as to the things stated herein.  I give this Affidavit in support of Defendant The Bureau's Inc.'s (the "Bureaus") motion for attorney's fees and for all other purposes permitted by law.

2.

I have personally handled, researched, drafted pleadings and motions, conducted discovery and took Plaintiff's deposition in this litigation on behalf of the Bureaus.

3.

I am admitted to practice law in the State of Georgia and the State of North Carolina.  In those states I am admitted in both the state and federal courts.

4.

I have been practicing law since 2009 almost exclusively representing creditors, debt collectors and debt buyers in litigation relating to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.,* the Fair Credit Reporting Act, ("FCRA"), 15 U.S.C. § 1681 *et seq.,* and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C.§ 227 *et seq.*

5.

I have extensive experience in defending individual and class action consumer law cases.

6.

Since being admitted to this court in 2010, I have appeared as an attorney of record in more than 220 cases.

7.

I spent 70.4 hours defending this matter on behalf of the Bureaus.

8.

My hourly billing rate is $265.00/ hour.

9.

Attached hereto as Exhibits A, B and C are true and correct copies of my firm's billing records for this matter.

10.

I billed Defendant for attorney services in defending this matter in the total amount of $18,656.00.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and information.

Dated this 24th day of March 2021.

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
Counsel for Defendant

# EXHIBIT "A"

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

March 1, 2020

Invoice No. 26974

Aristotle Sangalang

The Bureaus, Inc.

█████████████

Evanston, IL  60201

---

Client Number:   SANAA000MQ  Aristotle Sangalang

Matter Number:   4580  The Bureaus, Inc. v. Harris, Danielle

**For Services Rendered Through 3/1/2020.**

---

## Fees

| Date | Timekeeper | Description | Hours | Amount | |
|------|------------|-------------|-------|--------|--|
| 02/20/2020 | JA | Review/analyze complaint. | 0.30 | $79.50 | |
| 02/21/2020 | JA | Review/analyze client documents. | 0.30 | $79.50 | |
| 02/21/2020 | JA | Attempted telephone conference with client re: facts of case. Left message to call. | 0.10 | $0.00 | N/C |
| 02/21/2020 | JA | Telephone conference with client re: facts and strategy. | 0.70 | $185.50 | |
| 02/21/2020 | JA | Draft/revise release.  Draft/revise memo to client re: same. | 0.20 | $53.00 | |
| 02/24/2020 | JA | Review/analyze memo from client re: release edits. Draft/revise memo to client re: same. | 0.10 | $26.50 | |
| 02/25/2020 | JA | Review/analyze memo from client re: settlement.  Draft/revise memo to client re: same. | 0.10 | $26.50 | |
| 02/25/2020 | JA | Draft/revise memo to opposing counsel re: settlement. | 0.10 | $26.50 | |
| 02/27/2020 | JA | Draft/revise memo to client re: settlement and answer. | 0.10 | $26.50 | |
| 02/27/2020 | JA | Draft/revise answer and corporate disclosure statement. | 0.90 | $238.50 | |
| | | **Billable Hours / Fees:** | **2.80** | **$742.00** | |

**Continued On Next Page**

**Client Number:**  SANAA000MQ

**Matter Number:**  4580

03/01/2020

Page:  2

## Timekeeper Summary

Timekeeper JA worked 2.80 hours at $265.00 per hour, totaling $742.00.

Timekeeper JA worked 0.10 hours at no charge.

|  |  |
|---|---|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $742.00 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$742.00** |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

April 1, 2020

Invoice No. 27127

Aristotle Sangalang

The Bureaus, Inc.

████████████

Evanston, IL  60201

---

Client Number:    SANAA000MQ  Aristotle Sangalang

Matter Number:    4580  The Bureaus, Inc. v. Harris, Danielle

**For Services Rendered Through 4/1/2020.**

---

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 03/23/2020 | JA | Review/analyze Court's Order re COVID-19. | 0.10 | $26.50 |
| 03/25/2020 | JA | Draft/revise memo to opposing counsel re: joint preliminary report and rule 26 conference. | 0.10 | $26.50 |
| 03/25/2020 | JA | Review/analyze client documents. | 0.20 | $53.00 |
| 03/25/2020 | JA | Draft/revise initial disclosures. | 0.30 | $79.50 |
| 03/25/2020 | JA | Draft/revise memo to client re: initial disclosures and discovery. | 0.10 | $26.50 |
| 03/26/2020 | JA | Review/analyze memo from client re: initial disclosures. Draft/revise memo to client re: discovery. | 0.10 | $26.50 |
| 03/27/2020 | JA | Draft/revise initial disclosures. | 0.10 | $26.50 |
| 03/27/2020 | JA | Telephone conference with opposing counsel re: Rule 26 Conference. | 0.10 | $26.50 |
| 03/30/2020 | JA | Draft/revise joint preliminary report. | 0.30 | $79.50 |
| | | **Billable Hours / Fees:** | **1.40** | **$371.00** |

## Timekeeper Summary

Timekeeper JA worked 1.40 hours at $265.00 per hour, totaling $371.00.

---

**Continued On Next Page**

**Client Number:**  SANAA000MQ

**Matter Number:**  4580

04/01/2020

Page:   2

## Payment Detail

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|------|-------------|--------|
| 03/22/2020 | Check Number 56326 against Inv# 26974 | ($742.00) |
| | **Total Payments Received:** | **($742.00)** |

|  |  |  |  |
|---|---|---|---|
| **Prior Balance:** | $742.00 | **Last Payment:** | **03/22/2020** |
| **Payments Received:** | ($742.00) | | |
| **Current Fees:** | $371.00 | | |
| **Advanced Costs:** | $0.00 | | |
| **TOTAL AMOUNT DUE:** | **$371.00** | | |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

May 1, 2020

Invoice No. 27283

Aristotle Sangalang

The Bureaus, Inc.

████████████

Evanston, IL  60201

---

Client Number:    SANAA000MQ  Aristotle Sangalang

Matter Number:    4580  The Bureaus, Inc. v. Harris, Danielle

**For Services Rendered Through 5/1/2020.**

---

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/02/2020 | JA | Review/analyze [10] Scheduling Order. | 0.10 | $26.50 |
| 04/17/2020 | JA | Review/analyze plaintiff's first set of discovery requests. Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 04/22/2020 | JA | Draft/revise discovery responses. | 0.50 | $132.50 |
| 04/22/2020 | JA | Draft/revise discovery requests. | 0.40 | $106.00 |
| 04/23/2020 | JA | Review/analyze memo from opposing counsel re: discovery. Draft/revise memo to opposing counsel re: same. | 0.10 | $26.50 |
| | | **Billable Hours / Fees:** | **1.20** | **$318.00** |

### Timekeeper Summary

Timekeeper JA worked 1.20 hours at $265.00 per hour, totaling $318.00.

---

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 04/17/2020 | Check Number 56453 against Inv# 27127 | ($371.00) |
| | **Total Payments Received:** | **($371.00)** |

**Continued On Next Page**

**Client Number:**    SANAA000MQ                              05/01/2020

**Matter Number:**    4580                                     Page:   2

|  |  |  |  |
|---|---|---|---|
| **Prior Balance:** | $371.00 | **Last Payment:** | **04/17/2020** |
| **Payments Received:** | ($371.00) | | |
| **Current Fees:** | $318.00 | | |
| **Advanced Costs:** | $0.00 | | |
| **TOTAL AMOUNT DUE:** | **$318.00** | | |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

June 1, 2020
Invoice No. 27457

Aristotle Sangalang
The Bureaus, Inc.
████████████████
Evanston, IL  60201

Client Number:    SANAA000MQ  Aristotle Sangalang
Matter Number:    4580  The Bureaus, Inc. v. Harris, Danielle
**For Services Rendered Through 6/1/2020.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/13/2020 | JA | Draft/revise memo to client re: discovery responses. | 0.10 | $26.50 |
| 05/15/2020 | JA | Telephone conference with client re: discovery responses. | 0.40 | $106.00 |
| 05/15/2020 | JA | Draft/revise discovery responses. | 1.00 | $265.00 |
| 05/18/2020 | JA | Draft/revise memo to client re: discovery responses. | 0.10 | $26.50 |
| 05/18/2020 | JA | Draft/revise discovery responses. | 0.30 | $79.50 |
| 05/21/2020 | JA | Review/analyze discovery responses. | 0.30 | $79.50 |
| 05/27/2020 | JA | Draft/revise memo to client re: plaintiff's discovery responses. | 0.40 | $106.00 |
| | | **Billable Hours / Fees:** | **2.60** | **$689.00** |

## Timekeeper Summary

Timekeeper JA worked 2.60 hours at $265.00 per hour, totaling $689.00.

**Continued On Next Page**

**Client Number:**     SANAA000MQ                                                                06/01/2020
**Matter Number:**     4580                                                                          Page:    2

## Payment Detail

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 05/20/2020 | Check Number 56587 against Inv# 27283 | ($318.00) |

|  | **Total Payments Received:** | **($318.00)** |
|---|---|---|

|  |  |  |
|---|---|---|
| **Prior Balance:** | $318.00 | **Last Payment:**   **05/20/2020** |
| **Payments Received:** | ($318.00) |  |
| **Current Fees:** | $689.00 |  |
| **Advanced Costs:** | $0.00 |  |
| **TOTAL AMOUNT DUE:** | **$689.00** |  |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

July 1, 2020
Invoice No. 27607

Aristotle Sangalang
The Bureaus, Inc.
███████████████████
Evanston, IL  60201

---

Client Number:   SANAA000MQ  Aristotle Sangalang

Matter Number:   4580  The Bureaus, Inc. v. Harris, Danielle

**For Services Rendered Through 7/1/2020.**

---

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/04/2020 | JA | Review/analyze r███████████████████ ███████████████████ | 0.60 | $159.00 |
| 06/04/2020 | JA | Draft/revise memo to client re:███████████████ ██████████ | 0.20 | $53.00 |
| 06/22/2020 | JA | Review/analyze plaintiff's discovery responses. | 0.10 | $26.50 |
| 06/22/2020 | JA | Draft/revise memo to opposing counsel re: deposition. | 0.10 | $26.50 |
| | | **Billable Hours / Fees:** | **1.00** | **$265.00** |

## Timekeeper Summary

Timekeeper JA worked 1.00 hours at $265.00 per hour, totaling $265.00.

---

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 06/23/2020 | Check Number 56687 against Inv# 27457 | ($689.00) |
| | **Total Payments Received:** | **($689.00)** |

---

**Continued On Next Page**

**Client Number:**   SANAA000MQ

**Matter Number:**   4580

07/01/2020

Page:   2

| | |
|---|---|
| **Prior Balance:** | $689.00 |
| **Payments Received:** | ($689.00) |
| **Current Fees:** | $265.00 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$265.00** |

**Last Payment:**   **06/23/2020**

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

August 1, 2020

Aristotle Sangalang

Invoice No. 27781

█████████████████

Evanston, IL  60201

---

Client Number:   SANAA000MQ  Aristotle Sangalang

Matter Number:    4580  The Bureaus, Inc. v. Harris, Danielle

**For Services Rendered Through 8/1/2020.**

---

## Fees

| Date | Timekeeper | Description | Hours | Amount | |
|------|-----------|-------------|-------|--------|---|
| 07/13/2020 | JA | Review/analyze memo from opposing counsel re: plaintiff's deposition.  Draft/revise memo to opposing counsel re: same. | 0.10 | $26.50 | |
| 07/14/2020 | JA | Review/analyze memo from opposing counsel re: deposition. Draft/revise memo to client re: same. | 0.10 | $26.50 | |
| 07/14/2020 | JA | Review/analyze memo from opposing counsel re: deposition. Draft/revise memo to opposing counsel re: same. | 0.10 | $26.50 | |
| 07/16/2020 | JA | Draft/revise memo to opposing counsel re: deposition. | 0.10 | $26.50 | |
| 07/17/2020 | JA | Draft/revise memo to opposing counsel re: plaintiff's deposition. | 0.10 | $26.50 | |
| 07/17/2020 | JA | Telephone conference with client re: depositions. | 0.30 | $79.50 | |
| 07/17/2020 | JA | Telephone conference with court reporter remote deposition. | 0.40 | $0.00 | N/C |
| 07/17/2020 | JA | Draft/revise notice of plaintiff's deposition. | 0.30 | $79.50 | |
| 07/19/2020 | JA | Draft/revise plaintiff deposition outline. | 3.20 | $848.00 | |
| 07/20/2020 | JA | Attend deposition of plaintiff. | 2.00 | $530.00 | |
| 07/20/2020 | JA | Review/analyze documents to prepare for plaintiff's deposition. | 0.60 | $159.00 | |
| 07/20/2020 | JA | Draft/revise memo to client re: amended discovery responses and plaintiff's deposition. | 0.30 | $79.50 | |

Continued On Next Page

| Client Number: | SANAA000MQ | 08/01/2020 |
| Matter Number: | 4580 | Page: 2 |

| 07/20/2020 | JA | Draft/revise amended discovery responses. | 1.00 | $265.00 |
| 07/20/2020 | JA | Telephone conference with client re: plaintiff's deposition. | 0.30 | $79.50 |
| 07/21/2020 | JA | Review/analyze memo from client re: discovery responses. Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 07/21/2020 | JA | Draft/revise amended discovery responses. | 0.30 | $79.50 |

|  |  | **Billable Hours / Fees:** | **8.90** | **$2,358.50** |

### Timekeeper Summary

Timekeeper JA worked 8.90 hours at $265.00 per hour, totaling $2,358.50.

Timekeeper JA worked 0.40 hours at no charge.

### Payment Detail

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
| 07/19/2020 | Check Number 56787 against Inv# 27607 | ($265.00) |
|  | **Total Payments Received:** | **($265.00)** |

| | | | |
|---|---|---|---|
| **Prior Balance:** | $265.00 | **Last Payment:** | **07/19/2020** |
| **Payments Received:** | ($265.00) | | |
| **Current Fees:** | $2,358.50 | | |
| **Advanced Costs:** | $0.00 | | |
| **TOTAL AMOUNT DUE:** | **$2,358.50** | | |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

September 1, 2020

Invoice No. 27933

Aristotle Sangalang

The Bureaus, Inc.

██████████████

Evanston, IL  60201

---

Client Number:    SANAA000MQ  Aristotle Sangalang

Matter Number:    4580  The Bureaus, Inc. v. Harris, Danielle

**For Services Rendered Through 9/1/2020.**

---

## Fees

| Date | Timekeeper | Description | Hours | Amount | |
|------|-----------|-------------|-------|--------|--|
| 08/04/2020 | JA | Review/analyze memo from court reporter re: exhibits. Draft/revise memo to court reporter re: same. | 0.10 | $26.50 | |
| 08/06/2020 | JA | Review/analyze plaintiff's deposition transcript. | 0.80 | $212.00 | |
| 08/06/2020 | JA | Draft/revise memo to client re: summary judgment and deposition transcript. | 0.30 | $79.50 | |
| 08/06/2020 | JA | Review/analyze memo from client re: consumer debt. Draft/revise memo to client re: same. | 0.10 | $26.50 | |
| 08/16/2020 | JA | Draft/revise statement of undisputed material facts. | 2.00 | $530.00 | |
| 08/17/2020 | JA | Draft/revise motion for summary judgment. | 2.10 | $556.50 | |
| 08/18/2020 | JA | Draft/revise motion for summary judgment. | 1.40 | $371.00 | |
| 08/24/2020 | JA | Telephone conference with client re: summary judgment. | 0.30 | $79.50 | |
| 08/24/2020 | JA | Research case law re: standing argument. | 0.90 | $238.50 | |
| 08/24/2020 | JA | Draft/revise motion for summary judgment. | 1.50 | $397.50 | |
| 08/25/2020 | JA | Conference with D. Kleber re: standing cases in the 11th Circuit. | 0.50 | $0.00 | N/C |
| 08/25/2020 | JA | Draft/revise client declaration for motion for summary judgment. | 1.40 | $371.00 | |

**Continued On Next Page**

| | | | | 09/01/2020 |
|---|---|---|---|---|
| **Client Number:** | SANAA000MQ | | | |
| **Matter Number:** | 4580 | | | Page:   2 |

| | | | | |
|---|---|---|---|---|
| 08/25/2020 | JA | Draft/revise motion for summary judgment. | 1.90 | $503.50 |
| 08/26/2020 | JA | Draft/revise motion for summary judgment. | 6.20 | $1,643.00 |

|  |  |  |
|---|---|---|
| **Billable Hours / Fees:** | **19.00** | **$5,035.00** |

### Timekeeper Summary

Timekeeper JA worked 19.00 hours at $265.00 per hour, totaling $5,035.00.

Timekeeper JA worked 0.50 hours at no charge.

---

### Payment Detail

| **Date** | **Description** | **Amount** |
|---|---|---|
| 08/22/2020 | Check Number 56938 against Inv# 27781 | ($2,358.50) |
| | **Total Payments Received:** | **($2,358.50)** |

| | | |
|---|---|---|
| **Prior Balance:** | $2,358.50 | |
| **Payments Received:** | ($2,358.50) | **Last Payment:**   **08/22/2020** |
| **Current Fees:** | $5,035.00 | |
| **Advanced Costs:** | $0.00 | |
| **TOTAL AMOUNT DUE:** | **$5,035.00** | |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

October 1, 2020
Invoice No. 28113

Aristotle Sangalang
The Bureaus, Inc.
█████████████
Evanston, IL  60201

---

Client Number:    SANAA000MQ  Aristotle Sangalang
Matter Number:    4580  The Bureaus, Inc. v. Harris, Danielle
**For Services Rendered Through 10/1/2020.**

---

## Fees

| Date | Timekeeper | Description | Hours | Amount | |
|------|-----------|-------------|-------|--------|---|
| 09/16/2020 | JA | Attempted telephone conference with client re: plaintiff's dismissal request. Left message to call. | 0.10 | $0.00 | N/C |
| 09/16/2020 | JA | Telephone conference with client re: dismissal request. | 0.50 | $132.50 | |
| 09/16/2020 | JA | Conference with M. Chapman re: judgment in other Gary Nitzkin case. | 0.30 | $0.00 | N/C |
| 09/16/2020 | JA | Review/analyze memo from opposing counsel re: dismissal. Draft/revise memos to client and opposing counsel re: same. | 0.60 | $159.00 | |
| 09/17/2020 | JA | Review/analyze plaintiff's response to summary judgment. Draft/revise memo to client re: same. | 0.30 | $79.50 | |
| 09/22/2020 | JA | Review/analyze plaintiff's response to summary judgment and motion to dismiss.  Draft/revise memo to client re: same. | 0.20 | $53.00 | |
| 09/30/2020 | JA | Draft/revise reply brief in support of motion for summary judgment and response to motion to dismiss. | 2.50 | $662.50 | |
| | | **Billable Hours / Fees:** | **4.10** | **$1,086.50** | |

## Timekeeper Summary

Timekeeper JA worked 4.10 hours at $265.00 per hour, totaling $1,086.50.

Timekeeper JA worked 0.40 hours at no charge.

---

**Continued On Next Page**

**Client Number:** SANAA000MQ

**Matter Number:** 4580

10/01/2020

Page:   2

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 09/12/2020 | Check Number 57052 against Inv# 27933 | ($5,035.00) |
| | **Total Payments Received:** | **($5,035.00)** |

| | | |
|---|---|---|
| **Prior Balance:** | $5,035.00 | **Last Payment:**  **09/12/2020** |
| **Payments Received:** | ($5,035.00) | |
| **Current Fees:** | $1,086.50 | |
| **Advanced Costs:** | $0.00 | |
| **TOTAL AMOUNT DUE:** | **$1,086.50** | |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

November 1, 2020
Invoice No. 28284

Aristotle Sangalang
The Bureaus, Inc.

Evanston, IL  60201

Client Number:   SANAA000MQ  Aristotle Sangalang
Matter Number:   4580  The Bureaus, Inc. v. Harris, Danielle
**For Services Rendered Through 11/1/2020.**

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/01/2020 | JA | Draft/revise response to motion to dismiss. | 0.40 | $106.00 |
| 10/01/2020 | JA | Draft/revise memo to client re: reply and response briefs. | 0.10 | $26.50 |
| | | **Billable Hours / Fees:** | **0.50** | **$132.50** |

### Timekeeper Summary

Timekeeper JA worked 0.50 hours at $265.00 per hour, totaling $132.50.

## Payment Detail

| Date | Description | Amount |
|------|-------------|--------|
| 10/14/2020 | Check Number 57223 against Inv# 28113 | ($1,086.50) |
| | **Total Payments Received:** | **($1,086.50)** |

**Continued On Next Page**

**Client Number:**  SANAA000MQ

**Matter Number:**  4580

11/01/2020

Page:   2

|  |  |  |  |  |
|---|---|---|---|---|
| **Prior Balance:** | $1,086.50 | **Last Payment:** | **10/14/2020** |
| **Payments Received:** | ($1,086.50) |  |  |
| **Current Fees:** | $132.50 |  |  |
| **Advanced Costs:** | $0.00 |  |  |
| **TOTAL AMOUNT DUE:** | **$132.50** |  |  |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

January 1, 2021
Invoice No. 28586

Aristotle Sangalang
The Bureaus, Inc.

███████████████████

Evanston, IL  60201

---

Client Number:   SANAA000MQ  Aristotle Sangalang

Matter Number:   4580  The Bureaus, Inc. v. Harris, Danielle

**For Services Rendered Through 1/1/2021.**

---

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 12/01/2020 | JA | Review/analyze notice of appearance of new counsel. Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 12/10/2020 | JA | Review/analyze motion to withdraw as counsel.  Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 12/18/2020 | JA | Review/analyze memo from client re: motion to substitute counsel.  Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 12/21/2020 | JA | Review/analyze order on motion to withdraw as counsel. Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 12/29/2020 | JA | Review/analyze magistrate judge's report and recommendation.  Draft/revise memo to client re: same. | 0.30 | $79.50 |
| | | **Billable Hours / Fees:** | **0.70** | **$185.50** |

## Timekeeper Summary

Timekeeper JA worked 0.70 hours at $265.00 per hour, totaling $185.50.

---

**Continued On Next Page**

**Client Number:**     SANAA000MQ                                    01/01/2021
**Matter Number:**     4580                                          Page:   2

## Payment Detail

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 12/19/2020 | Check Number 57453 against Inv# 28284 | ($132.50) |
| | **Total Payments Received:** | **($132.50)** |

| | | |
|---|---|---|
| **Prior Balance:** | $132.50 | **Last Payment:**   **12/19/2020** |
| **Payments Received:** | ($132.50) | |
| **Current Fees:** | $185.50 | |
| **Advanced Costs:** | $0.00 | |
| **TOTAL AMOUNT DUE:** | **$185.50** | |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

February 1, 2021
Invoice No. 28790

Aristotle Sangalang
The Bureaus, Inc.
█████████████
Evanston, IL  60201

---

Client Number:    SANAA000MQ  Aristotle Sangalang

Matter Number:    4580  The Bureaus, Inc. v. Harris, Danielle

**For Services Rendered Through 2/1/2021.**

---

### Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/12/2021 | JA | Review/analyze plaintiff's objection to the report and recommendation and motion for leave to amend. Draft/revise memo to client re: same. | 0.30 | $79.50 |
| 01/15/2021 | JA | Review/analyze court order re: motion for summary judgment.  Draft/revise memo to client re: same. | 0.30 | $79.50 |
| 01/26/2021 | JA | Draft/revise memo to client re: status of case. | 0.10 | $26.50 |
| 01/26/2021 | JA | Telephone conference with client re: sanction motion. | 0.40 | $106.00 |
| 01/28/2021 | JA | Research case law re: bad faith motion for attorney's fees. | 2.40 | $636.00 |
| | | **Billable Hours / Fees:** | **3.50** | **$927.50** |

### Timekeeper Summary

Timekeeper JA worked 3.50 hours at $265.00 per hour, totaling $927.50.

---

**Continued On Next Page**

**Client Number:**    SANAA000MQ

**Matter Number:**    4580

02/01/2021

Page:    2

# Payment Detail

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 01/16/2021 | Check Number 57574 against Inv# 28586 | ($185.50) |

|  |  |
|---|---|
| **Total Payments Received:** | **($185.50)** |

| | | | |
|---|---|---|---|
| **Prior Balance:** | $185.50 | **Last Payment:** | **01/16/2021** |
| **Payments Received:** | ($185.50) | | |
| **Current Fees:** | $927.50 | | |
| **Advanced Costs:** | $0.00 | | |
| **TOTAL AMOUNT DUE:** | **$927.50** | | |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# Bedard Law Group, P.C.

4855 River Green Parkway
Suite 310
Duluth, GA  30096
Telephone: 678-253-1871

EIN:   27-0691948

March 1, 2021

Aristotle Sangalang
The Bureaus, Inc.

█████████████████

Evanston, IL  60201

Invoice No. 28966

---

Client Number:    SANAA000MQ  Aristotle Sangalang
Matter Number:    4580  The Bureaus, Inc. v. Harris, Danielle
**For Services Rendered Through 3/1/2021.**

---

## Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 02/01/2021 | JA | Research case law in support of motion for attorneys fees. | 0.60 | $159.00 |
| 02/01/2021 | JA | Draft/revise motion for attorneys fees. | 1.10 | $291.50 |
| 02/02/2021 | JA | Draft/revise motion to attorney's fees. | 3.30 | $874.50 |
| 02/03/2021 | JA | Draft/revise memo to client re: request for attorney's fees from opposing counsel. | 0.10 | $26.50 |
| 02/03/2021 | JA | Research bad faith under the FDCPA. | 0.50 | $132.50 |
| 02/03/2021 | JA | Draft/revise motion for attorneys fees. | 2.10 | $556.50 |
| 02/04/2021 | JA | Draft/revise motion for attorney's fees. | 3.60 | $954.00 |
| 02/11/2021 | JA | Review/analyze dockets for number of cases filed by CRLA. | 1.00 | $265.00 |
| 02/15/2021 | JB | Draft/revise brief in support of motion for sanctions and costs. | 1.50 | $517.50 |
| 02/15/2021 | JA | Draft/revise bill of cost. | 0.20 | $53.00 |
| 02/15/2021 | JA | Draft/revise motion for sanctions. | 1.50 | $397.50 |
| 02/16/2021 | JA | Draft/revise bill of cost. | 0.20 | $53.00 |
| 02/21/2021 | JA | Draft/revise sanction motion. | 0.20 | $53.00 |
| 02/22/2021 | JA | Draft/revise motion for sanctions. | 3.30 | $874.50 |

**Continued On Next Page**

**Client Number:**    SANAA000MQ

**Matter Number:**    4580

03/01/2021

Page:  2

|  |  |  |
|---|---|---|
| **Billable Hours / Fees:** | **19.20** | **$5,208.00** |

## Timekeeper Summary

Timekeeper JA worked 17.70 hours at $265.00 per hour, totaling $4,690.50.

Timekeeper JB worked 1.50 hours at $345.00 per hour, totaling $517.50.

## Payment Detail

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 02/21/2021 | Check Number 57771 against Inv# 28790 | ($927.50) |
|  | **Total Payments Received:** | **($927.50)** |

| | | |
|---|---|---|
| **Prior Balance:** | $927.50 | **Last Payment:**  **02/21/2021** |
| **Payments Received:** | ($927.50) | |
| **Current Fees:** | $5,208.00 | |
| **Advanced Costs:** | $0.00 | |
| **TOTAL AMOUNT DUE:** | **$5,208.00** | |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
Please call John H. Bedard, Jr. with any questions
you may have.  678-253-1871ext. 244

# EXHIBIT "B"

# *Matter History Report*

3/24/2021
Report Date:
Report Time:          9:06AM
Page:                     1 of 7
User ID:          Bedard

## Bedard Law Group, P.C.

**Client Number:**   SANAA000MQ - Aristotle Sangalang
**Matter Number:**  4580- The Bureaus, Inc. v. Harris, Danielle
**Matter Type:**        FDCPA Defense Litigation
**Date Range:**        01/01/2019 Thru 03/24/2021
**Billing Mode:**       Hourly

| Ticket # | Date | Timekeeper | Description | Time Spent | Amount |
|---|---|---|---|---|---|
| | | | **FEES** | | |
| 1 | 02/20/2020 | JA | Review/analyze complaint. | 0.30 | $79.50 |
| 2 | 02/21/2020 | JA | Review/analyze client documents. | 0.30 | $79.50 |
| 3 | 02/21/2020 | JA | Attempted telephone conference with client re: facts of case.  Left message to call. | 0.10 | No Charge |
| 4 | 02/21/2020 | JA | Telephone conference with client re: facts and strategy. | 0.70 | $185.50 |
| 5 | 02/21/2020 | JA | Draft/revise release.  Draft/revise memo to client re: same. | 0.20 | $53.00 |
| 6 | 02/24/2020 | JA | Review/analyze memo from client re: release edits.  Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 7 | 02/25/2020 | JA | Review/analyze memo from client re: settlement.  Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 8 | 02/25/2020 | JA | Draft/revise memo to opposing counsel re: settlement. | 0.10 | $26.50 |
| 9 | 02/27/2020 | JA | Draft/revise memo to client re: settlement and answer. | 0.10 | $26.50 |
| 10 | 02/27/2020 | JA | Draft/revise answer and corporate disclosure statement. | 0.90 | $238.50 |
| 11 | 03/23/2020 | JA | Review/analyze Court's Order re COVID-19. | 0.10 | $26.50 |
| 12 | 03/25/2020 | JA | Draft/revise memo to opposing counsel re: joint preliminary report and rule 26 conference. | 0.10 | $26.50 |
| 13 | 03/25/2020 | JA | Review/analyze client documents. | 0.20 | $53.00 |
| 14 | 03/25/2020 | JA | Draft/revise initial disclosures. | 0.30 | $79.50 |

# *Matter History Report*

Report Date:         3/24/2021
Report Time:        9:06AM
Page:             2 of 7
User ID:       Bedard

## Bedard Law Group, P.C.

| Ticket # | Date | Timekeeper | Description | Time Spent | Amount |
|---|---|---|---|---|---|
| 15 | 03/25/2020 | JA | Draft/revise memo to client re: initial disclosures and discovery. | 0.10 | $26.50 |
| 16 | 03/26/2020 | JA | Review/analyze memo from client re: initial disclosures. Draft/revise memo to client re: discovery. | 0.10 | $26.50 |
| 17 | 03/27/2020 | JA | Draft/revise initial disclosures. | 0.10 | $26.50 |
| 18 | 03/27/2020 | JA | Telephone conference with opposing counsel re: Rule 26 Conference. | 0.10 | $26.50 |
| 19 | 03/30/2020 | JA | Draft/revise joint preliminary report. | 0.30 | $79.50 |
| 20 | 04/02/2020 | JA | Review/analyze [10] Scheduling Order. | 0.10 | $26.50 |
| 21 | 04/17/2020 | JA | Review/analyze plaintiff's first set of discovery requests. Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 22 | 04/22/2020 | JA | Draft/revise discovery responses. | 0.50 | $132.50 |
| 23 | 04/22/2020 | JA | Draft/revise discovery requests. | 0.40 | $106.00 |
| 24 | 04/23/2020 | JA | Review/analyze memo from opposing counsel re: discovery. Draft/revise memo to opposing counsel re: same. | 0.10 | $26.50 |
| 25 | 05/13/2020 | JA | Draft/revise memo to client re: discovery responses. | 0.10 | $26.50 |
| 26 | 05/15/2020 | JA | Telephone conference with client re: discovery responses. | 0.40 | $106.00 |
| 27 | 05/15/2020 | JA | Draft/revise discovery responses. | 1.00 | $265.00 |
| 28 | 05/18/2020 | JA | Draft/revise memo to client re: discovery responses. | 0.10 | $26.50 |
| 29 | 05/18/2020 | JA | Draft/revise discovery responses. | 0.30 | $79.50 |
| 30 | 05/21/2020 | JA | Review/analyze discovery responses. | 0.30 | $79.50 |
| 31 | 05/27/2020 | JA | Draft/revise memo to client re: plaintiff's discovery responses. | 0.40 | $106.00 |
| 32 | 06/04/2020 | JA | Review/analyze ███████████ ███████████████████ | 0.60 | $159.00 |

# *Matter History Report*

Report Date:                    3/24/2021
Report Time:                   9:06AM
Page:                          3 of 7
User ID:           Bedard

## Bedard Law Group, P.C.

| Ticket # | Date | Timekeeper | Description | Time Spent | Amount |
|---|---|---|---|---|---|
| 33 | 06/04/2020 | JA | Draft/revise memo to client re: ▉▉▉ ▉▉▉▉▉▉▉▉▉ | 0.20 | $53.00 |
| 34 | 06/22/2020 | JA | Review/analyze plaintiff's discovery responses. | 0.10 | $26.50 |
| 35 | 06/22/2020 | JA | Draft/revise memo to opposing counsel re: deposition. | 0.10 | $26.50 |
| 36 | 07/13/2020 | JA | Review/analyze memo from opposing counsel re: plaintiff's deposition.  Draft/revise memo to opposing counsel re: same. | 0.10 | $26.50 |
| 37 | 07/14/2020 | JA | Review/analyze memo from opposing counsel re: deposition. Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 38 | 07/14/2020 | JA | Review/analyze memo from opposing counsel re: deposition. Draft/revise memo to opposing counsel re: same. | 0.10 | $26.50 |
| 39 | 07/16/2020 | JA | Draft/revise memo to opposing counsel re: deposition. | 0.10 | $26.50 |
| 40 | 07/17/2020 | JA | Draft/revise memo to opposing counsel re: plaintiff's deposition. | 0.10 | $26.50 |
| 41 | 07/17/2020 | JA | Telephone conference with client re: depositions. | 0.30 | $79.50 |
| 42 | 07/17/2020 | JA | Telephone conference with court reporter remote deposition. | 0.40 | No Charge |
| 43 | 07/17/2020 | JA | Draft/revise notice of plaintiff's deposition. | 0.30 | $79.50 |
| 44 | 07/19/2020 | JA | Draft/revise plaintiff deposition outline. | 3.20 | $848.00 |
| 45 | 07/20/2020 | JA | Attend deposition of plaintiff. | 2.00 | $530.00 |
| 46 | 07/20/2020 | JA | Review/analyze documents to prepare for plaintiff's deposition. | 0.60 | $159.00 |
| 47 | 07/20/2020 | JA | Draft/revise memo to client re: amended discovery responses and plaintiff's deposition. | 0.30 | $79.50 |
| 48 | 07/20/2020 | JA | Draft/revise amended discovery responses. | 1.00 | $265.00 |

# *Matter History Report*

## Bedard Law Group, P.C.

| Ticket # | Date | Timekeeper | Description | Time Spent | Amount |
|----------|------|------------|-------------|-----------:|-------:|
| 49 | 07/20/2020 | JA | Telephone conference with client re: plaintiff's deposition. | 0.30 | $79.50 |
| 50 | 07/21/2020 | JA | Review/analyze memo from client re: discovery responses.  Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 51 | 07/21/2020 | JA | Draft/revise amended discovery responses. | 0.30 | $79.50 |
| 52 | 08/04/2020 | JA | Review/analyze memo from court reporter re: exhibits.  Draft/revise memo to court reporter re: same. | 0.10 | $26.50 |
| 53 | 08/06/2020 | JA | Review/analyze plaintiff's deposition transcript. | 0.80 | $212.00 |
| 54 | 08/06/2020 | JA | Draft/revise memo to client re: summary judgment and deposition transcript. | 0.30 | $79.50 |
| 55 | 08/06/2020 | JA | Review/analyze memo from client re: consumer debt.  Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 56 | 08/16/2020 | JA | Draft/revise statement of undisputed material facts. | 2.00 | $530.00 |
| 57 | 08/17/2020 | JA | Draft/revise motion for summary judgment. | 2.10 | $556.50 |
| 58 | 08/18/2020 | JA | Draft/revise motion for summary judgment. | 1.40 | $371.00 |
| 59 | 08/24/2020 | JA | Telephone conference with client re: summary judgment. | 0.30 | $79.50 |
| 60 | 08/24/2020 | JA | Research case law re: standing argument. | 0.90 | $238.50 |
| 61 | 08/24/2020 | JA | Draft/revise motion for summary judgment. | 1.50 | $397.50 |
| 62 | 08/25/2020 | JA | Conference with D. Kleber re: standing cases in the 11th Circuit. | 0.50 | No Charge |
| 63 | 08/25/2020 | JA | Draft/revise client declaration for motion for summary judgment. | 1.40 | $371.00 |
| 64 | 08/25/2020 | JA | Draft/revise motion for summary judgment. | 1.90 | $503.50 |

# *Matter History Report*

## Bedard Law Group, P.C.

| Ticket # | Date | Timekeeper | Description | Time Spent | Amount |
|----------|------|------------|-------------|-----------|--------|
| 65 | 08/26/2020 | JA | Draft/revise motion for summary judgment. | 6.20 | $1,643.00 |
| 66 | 09/16/2020 | JA | Attempted telephone conference with client re: plaintiff's dismissal request. Left message to call. | 0.10 | No Charge |
| 67 | 09/16/2020 | JA | Telephone conference with client re: dismissal request. | 0.50 | $132.50 |
| 68 | 09/16/2020 | JA | Conference with M. Chapman re: judgment in other Gary Nitzkin case. | 0.30 | No Charge |
| 69 | 09/16/2020 | JA | Review/analyze memo from opposing counsel re: dismissal. Draft/revise memos to client and opposing counsel re: same. | 0.60 | $159.00 |
| 70 | 09/17/2020 | JA | Review/analyze plaintiff's response to summary judgment.  Draft/revise memo to client re: same. | 0.30 | $79.50 |
| 71 | 09/22/2020 | JA | Review/analyze plaintiff's response to summary judgment and motion to dismiss.  Draft/revise memo to client re: same. | 0.20 | $53.00 |
| 72 | 09/30/2020 | JA | Draft/revise reply brief in support of motion for summary judgment and response to motion to dismiss. | 2.50 | $662.50 |
| 73 | 10/01/2020 | JA | Draft/revise response to motion to dismiss. | 0.40 | $106.00 |
| 74 | 10/01/2020 | JA | Draft/revise memo to client re: reply and response briefs. | 0.10 | $26.50 |
| 75 | 12/01/2020 | JA | Review/analyze notice of appearance of new counsel.  Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 76 | 12/10/2020 | JA | Review/analyze motion to withdraw as counsel.  Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 77 | 12/18/2020 | JA | Review/analyze memo from client re: motion to substitute counsel. Draft/revise memo to client re: same. | 0.10 | $26.50 |
| 78 | 12/21/2020 | JA | Review/analyze order on motion to withdraw as counsel.  Draft/revise memo to client re: same. | 0.10 | $26.50 |

# *Matter History Report*

## Bedard Law Group, P.C.

| Ticket # | Date | Timekeeper | Description | Time Spent | Amount |
|---|---|---|---|---|---|
| 79 | 12/29/2020 | JA | Review/analyze magistrate judge's report and recommendation. Draft/revise memo to client re: same. | 0.30 | $79.50 |
| 80 | 01/12/2021 | JA | Review/analyze plaintiff's objection to the report and recommendation and motion for leave to amend. Draft/revise memo to client re: same. | 0.30 | $79.50 |
| 81 | 01/15/2021 | JA | Review/analyze court order re: motion for summary judgment. Draft/revise memo to client re: same. | 0.30 | $79.50 |
| 82 | 01/26/2021 | JA | Draft/revise memo to client re: status of case. | 0.10 | $26.50 |
| 83 | 01/26/2021 | JA | Telephone conference with client re: sanction motion. | 0.40 | $106.00 |
| 84 | 01/28/2021 | JA | Research case law re: bad faith motion for attorney's fees. | 2.40 | $636.00 |
| 85 | 02/01/2021 | JA | Research case law in support of motion for attorneys fees. | 0.60 | $159.00 |
| 86 | 02/01/2021 | JA | Draft/revise motion for attorneys fees. | 1.10 | $291.50 |
| 87 | 02/02/2021 | JA | Draft/revise motion to attorney's fees. | 3.30 | $874.50 |
| 88 | 02/03/2021 | JA | Draft/revise memo to client re: request for attorney's fees from opposing counsel. | 0.10 | $26.50 |
| 89 | 02/03/2021 | JA | Research bad faith under the FDCPA. | 0.50 | $132.50 |
| 90 | 02/03/2021 | JA | Draft/revise motion for attorneys fees. | 2.10 | $556.50 |
| 91 | 02/04/2021 | JA | Draft/revise motion for attorney's fees. | 3.60 | $954.00 |
| 92 | 02/11/2021 | JA | Review/analyze dockets for number of cases filed by CRLA. | 1.00 | $265.00 |
| 93 | 02/15/2021 | JB | Draft/revise brief in support of motion for sanctions and costs. | 1.50 | $517.50 |
| 94 | 02/15/2021 | JA | Draft/revise bill of cost. | 0.20 | $53.00 |
| 95 | 02/15/2021 | JA | Draft/revise motion for sanctions. | 1.50 | $397.50 |

# *Matter History Report*

## Bedard Law Group, P.C.

| Ticket # | Date | Timekeeper | Description | Time Spent | Amount |
|---|---|---|---|---|---|
| 96 | 02/16/2021 | JA | Draft/revise bill of cost. | 0.20 | $53.00 |
| 97 | 02/21/2021 | JA | Draft/revise sanction motion. | 0.20 | $53.00 |
| 98 | 02/22/2021 | JA | Draft/revise motion for sanctions. | 3.30 | $874.50 |

### SUMMARY - By Time Ticket Type

| | | Time Spent | Amount |
|---|---|---|---|
| | Billable: | 64.90 | $17,318.50 |
| | Trial: | 0.00 | $0.00 |
| | Flat Charge: | 0.00 | $0.00 |
| | Non-Billable: | 0.00 | $0.00 |
| | No Charge: | 1.40 | $0.00 |
| | isc No Charge: | 0.00 | $0.00 |
| | **Total:** | **66.30** | **$17,318.50** |

### SUMMARY - By Timekeeper

| | | Time Spent | Amount |
|---|---|---|---|
| JA | Billable Timekeeper Hours & Fees. . | 63.40 | $16,801.00 |
| JB | Billable Timekeeper Hours & Fees. . | 1.50 | $517.50 |
| JA | No Charge Hours . . . . . . . . . . | 1.40 | $0.00 |
| | Misc. Fee Debits & Credits. . . . . | - | $0.00 |
| | **Total:** | **66.30** | **$17,318.50** |

| | Billed Amount | Payment Amount | Amount Due |
|---|---|---|---|
| Fees: | $17,318.50 | ($12,110.50) | $5,208.00 |
| Hard Costs: | $0.00 | $0.00 | $0.00 |
| Soft Costs: | $0.00 | $0.00 | $0.00 |
| Taxes: | $0.00 | $0.00 | $0.00 |
| Late Charges: | $0.00 | $0.00 | $0.00 |
| Totals: | **$17,318.50** | **($12,110.50)** | **$5,208.00** |

Date of Last Payment:       02/21/2021

Date of Last Bill:       03/01/2021

# EXHIBIT
## "C"

# *Matter Billing Detail*

## Bedard Law Group, P.C.

**Date Range:** 01/01/2019 to 03/24/2021
**Client:** SANAA000MQ - Aristotle Sangalang
**Matter:** 4580 - The Bureaus, Inc. v. Harris, Danielle

| Date | Expense Code | Description | Debit | Credit | Billing Status | On Hold | Invoice Number | Check Number | Payee |
|------|------|-------------|-------|--------|--------|------|---------|-------|-------|
| | | **Balance Forward:** | $0.00 | | | | | | |
| 03/01/2020 | FEE | Fees Billed on Invoice #: 26974 | $742.00 | | Billed | | 26974 | | |
| 03/22/2020 | FPD | Check Number 56326 against Inv# 26974 | | $742.00 | Billed | | 27127 | | |
| 04/01/2020 | FEE | Fees Billed on Invoice #: 27127 | $371.00 | | Billed | | 27127 | | |
| 04/17/2020 | FPD | Check Number 56453 against Inv# 27127 | | $371.00 | Billed | | 27283 | | |
| 05/01/2020 | FEE | Fees Billed on Invoice #: 27283 | $318.00 | | Billed | | 27283 | | |
| 05/20/2020 | FPD | Check Number 56587 against Inv# 27283 | | $318.00 | Billed | | 27457 | | |
| 06/01/2020 | FEE | Fees Billed on Invoice #: 27457 | $689.00 | | Billed | | 27457 | | |
| 06/23/2020 | FPD | Check Number 56687 against Inv# 27457 | | $689.00 | Billed | | 27607 | | |
| 07/01/2020 | FEE | Fees Billed on Invoice #: 27607 | $265.00 | | Billed | | 27607 | | |
| 07/19/2020 | FPD | Check Number 56787 against Inv# 27607 | | $265.00 | Billed | | 27781 | | |
| 08/01/2020 | FEE | Fees Billed on Invoice #: 27781 | $2,358.50 | | Billed | | 27781 | | |
| 08/22/2020 | FPD | Check Number 56938 against Inv# 27781 | | $2,358.50 | Billed | | 27933 | | |
| 09/01/2020 | FEE | Fees Billed on Invoice #: 27933 | $5,035.00 | | Billed | | 27933 | | |
| 09/12/2020 | FPD | Check Number 57052 against Inv# 27933 | | $5,035.00 | Billed | | 28113 | | |
| 10/01/2020 | FEE | Fees Billed on Invoice #: 28113 | $1,086.50 | | Billed | | 28113 | | |
| 10/14/2020 | FPD | Check Number 57223 against Inv# 28113 | | $1,086.50 | Billed | | 28284 | | |
| 11/01/2020 | FEE | Fees Billed on Invoice #: 28284 | $132.50 | | Billed | | 28284 | | |
| 12/19/2020 | FPD | Check Number 57453 against Inv# 28284 | | $132.50 | Billed | | 28586 | | |
| 01/01/2021 | FEE | Fees Billed on Invoice #: 28586 | $185.50 | | Billed | | 28586 | | |
| 01/16/2021 | FPD | Check Number 57574 against Inv# 28586 | | $185.50 | Billed | | 28790 | | |
| 02/01/2021 | FEE | Fees Billed on Invoice #: 28790 | $927.50 | | Billed | | 28790 | | |
| 02/21/2021 | FPD | Check Number 57771 against Inv# 28790 | | $927.50 | Billed | | 28966 | | |
| 03/01/2021 | FEE | Fees Billed on Invoice #: 28966 | $5,208.00 | | Billed | | 28966 | | |
| 03/05/2021 | Tmtk | Review/analyze memo from opposing counsel re: response motion extension.  Draft/revise memo to opposing counsel re: same. | $26.50 | | Unbilled | | | | |

*Matter Billing Detail*

## Bedard Law Group, P.C.

| Date | Expense Code | Description | Debit | Credit | Billing Status | On Hold | Invoice Number | Check Number | Payee |
|---|---|---|---|---|---|---|---|---|---|
| 03/08/2021 | Tmtk | Draft/revise memo to client re: communication from opposing counsel. | $26.50 | | Unbilled | | | | |
| 03/08/2021 | Tmtk | Review/analyze sanction order against CRLA in another case. | $53.00 | | Unbilled | | | | |
| 03/08/2021 | Tmtk | Telephone conference with opposing counsel re: fee motion. | $53.00 | | Unbilled | | | | |
| 03/08/2021 | Tmtk | Telephone conference with client re: conference call with opposing counsel. | $26.50 | | Unbilled | | | | |
| 03/15/2021 | Tmtk | Review/analyze plaintiff's response to motion for attorney's fee and cases cited therein. Draft/revise memo to client re: same. | $318.00 | | Unbilled | | | | |
| 03/19/2021 | Tmtk | Review/analyze cases cited by plaintiff in response motion. | $132.50 | | Unbilled | | | | |
| 03/19/2021 | Tmtk | Research case law for attorney fee reply brief. | $212.00 | | Unbilled | | | | |
| 03/19/2021 | Tmtk | Draft/revise reply to sanction motion. | $318.00 | | Unbilled | | | | |
| 03/22/2021 | Tmtk | Draft/revise reply brief in support of motion for attorneys fees. | $132.50 | | Unbilled | | | | |
| 03/22/2021 | Tmtk | Draft/revise affidavit in support of motion for attorney's fees. | $79.50 | | Unbilled | | | | |
| 03/22/2021 | Tmtk | Draft/revise reply brief to Plaintiff's opposition to Defendant's motion for attorney fees and costs. | $207.00 | | Unbilled | | | | |
| 03/22/2021 | Tmtk | Draft/revise affidavit re: motion for attorney's fees. | $106.00 | | Unbilled | | | | |
| 03/23/2021 | Tmtk | Draft/revise reply brief and affidavit in support. | $371.00 | | Unbilled | | | | |
| 03/24/2021 | Tmtk | Draft/revise affidavit of John H. Bedard, Jr. | $276.00 | | Unbilled | | | | |

|  | | |
|---|---|---|
| **Total:** | $19,656.50 | $12,110.50 |
| **Balance:** | $7,546.00 | |

*Matter Billing Detail*

## Bedard Law Group, P.C.

| Date | Expense Code | Description | | Debit | Credit | Billing Status | On Hold | Invoice Number | Check Number | Payee |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Fees Billed-** - - - - - - - - - - - - - - - - - | | | | $17,318.50 | | | | | | |
| **Total Fees Unbilled :** - - - - - - - - - - - - - - - | | | | $2,338.00 | | | | | | |
| **Total Fees Received :** - - - - - - - - - - - - - - - - | | | | ($12,110.50) | | | | | | |
| **Total Soft Cost Billed :** - - - - - - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Soft Cost Unbilled :** - - - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Soft Cost Received :** - - - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Hard Cost Billed :** - - - - - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Hard Cost Unbilled :** - - - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Hard Cost Received :** - - - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Taxes Billed :** - - - - - - - - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Taxes Unbilled :** - - - - - - - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Taxes Received :** - - - - - - - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Late Charges Billed :** - - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Late Charges Unbilled:** - - - - - - - - | | | | $0.00 | | | | | | |
| **Total Late Charges Received :** - - - - - - - - | | | | $0.00 | | | | | | |
| **Trust Balance:** - - - - - - - - - - - - - - - - - - - - | | | | $0.00 | | | | | | |