# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANIELLE HARRIS,<br>          Plaintiff(s),<br><br>vs.<br><br>THE BUREAUS, INC.,<br>          Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:20-CV-297-MHC-LTW |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of the Motion for Attorney's Fees, and the court having said granted said motion, it is

**Ordered and adjudged** that Defendant is awarded $17,010.50 in attorney's fees under 28 U.S.C. § 1927.

Dated at Rome, Georgia this 21st day of June, 2021.

JAMES N. HATTEN
CLERK OF COURT


By: __s/Jill Ayers_____
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   June 21, 2021
James N. Hatten
Clerk of Court


By: __s/Jill Ayers_____
     Deputy Clerk